Case 3:16-cv-01879-SI    Document 37-2    Filed 09/26/17    Page 1 of 18



US 20160067845A1

(19) **United States**

(12) **Patent Application Publication** (10) Pub. No.: **US 2016/0067845 A1**

Quaiz (43) Pub. Date: **Mar. 10, 2016**

(54) **CLAMPING ASSEMBLY**

(71) Applicant: **Majed F. Quaiz**, Beaverton, OR (US)

(72) Inventor: **Majed F. Quaiz**, Beaverton, OR (US)

(21) Appl. No.: **14/622,816**

(22) Filed: **Feb. 13, 2015**

**Related U.S. Application Data**

(60) Provisional application No. 62/070,837, filed on Sep. 8, 2014.

**Publication Classification**

(51) **Int. Cl.**
  **B25B 5/00** (2006.01)
  **B25B 5/02** (2006.01)

(52) **U.S. Cl.**
  CPC .. **B25B 5/006** (2013.01); **B25B 5/02** (2013.01)

(57) **ABSTRACT**

A clamping system may include one or more clamps configured to be placed in travelling engagement with respective legs of a frame. Workpieces such as wood panels may be clamped against the frame by jaws of the one or more clamps. The one or more clamps may be easily repositionable along the legs of the frame.



**DEFS' MOTION TO COMPEL**
**EXHIBIT B Page 1**

Case 3:16-cv-01879-SI    Document 27-2    Filed 02/08/17    Page 2 of 18



FIG. 1

DEFS' MOTION TO COMPEL
EXHIBIT B Page 2

Case 3:16-cv-01879-SI    Document 27-2    Filed 02/08/17    Page 3 of 18





DEFS' MOTION TO COMPEL
EXHIBIT B Page 3

Case 3:16-cv-01879-SI     Document 27-2     Filed 02/08/17     Page 4 of 18



FIG. 4

DEFS' MOTION TO COMPEL
EXHIBIT B Page 4



FIG. 5

DEFS' MOTION TO COMPEL
EXHIBIT B Page 5



FIG. 7



FIG. 6



FIG. 9



FIG. 8

DEFS' MOTION TO COMPEL
EXHIBIT B Page 7

Case 3:16-cv-01879-SI    Document 27-2    Filed 02/08/17    Page 8 of 18



FIG. 11



FIG. 10

DEFS' MOTION TO COMPEL
EXHIBIT B Page 8



FIG. 12

US 2016/0067845 A1

Mar. 10, 2016

1

# CLAMPING ASSEMBLY

## CROSS-REFERENCES

[0001]   The following related applications and materials are incorporated herein, in their entireties, for all purposes: U.S. Provisional Patent Application No. 62/070,837, filed Sep. 8, 2014.

## FIELD

[0002]   This disclosure relates to a clamping assembly. More specifically, the disclosed embodiments relate to systems and methods for clamping workpieces to a frame.

## INTRODUCTION

[0003]   Frequently, in the field of carpentry and similar arts, two or more workpieces must be clamped in a fixed mutual relationship. For example, two wooden panels may be clamped at a right angle to form the corner of a larger structure. Clamping may be performed to keep workpieces in the desired relationship while glue dries, while fasteners such as screws or nails are inserted, while surface coating is applied, and/or any number of other operations common in the art.

[0004]   However, clamping multiple workpieces using standard C-clamps, carpentry squares, and the like can be cumbersome and difficult, especially for a single operator.

## SUMMARY

[0005]   The present disclosure provides systems and methods relating to clamping systems for use in carpentry and related arts. In some embodiments, a clamp assembly may include a frame including a leg portion and a first mating portion; and a clamp including a first jaw portion, a second jaw portion selectively movable toward and away from the first jaw portion, and a second mating portion configured to engage the first mating portion of the leg of the frame; wherein, when the first mating portion is engaged with the second mating portion, the first and second jaws straddle the leg portion and the clamp is selectively movable along a long axis of the leg portion.

[0006]   In some embodiments, a clamping system may include an assembly square including a first leg portion and a second leg portion, respective proximal ends of the first and second leg portions being connected to form a corner, the first leg portion and the second leg portion each having a respective elongate mating portion running parallel to a long axis of the respective leg portion; and a clamp including a movable jaw and a mating portion configured to engage the elongate mating portion of the first leg portion to form a translating joint; the system being operable in a first configuration, wherein the clamp is engaged with the assembly square at the translating joint, the movable jaw is configured to move selectively toward and away from the first leg portion, and the clamp is configured to travel selectively along the length of the first leg portion, and a second configuration, wherein the clamp is disengaged from the assembly square.

[0007]   In some embodiments, a method of securing a workpiece may include attaching a first clamp to a corner square by engaging a first mating portion on the first clamp with a complementary second mating portion on a first leg of the corner square; repositioning the first clamp along the first leg of the corner square by sliding the clamp along a length of the first leg while maintaining engagement between the first and second mating portions; and securing a first workpiece

against the first leg of the corner square by applying a clamping force to the first workpiece using a jaw of the first clamp.

[0008]   Features, functions, and advantages may be achieved independently in various embodiments of the present disclosure, or may be combined in yet other embodiments, further details of which can be seen with reference to the following description and drawings.

## BRIEF DESCRIPTION OF THE DRAWINGS

[0009]   FIG. 1 is a schematic diagram of an illustrative clamping assembly in accordance with aspects of the present disclosure.

[0010]   FIG. 2 is an isometric view of an illustrative frame suitable for use in a clamping assembly in accordance with aspects of the present disclosure.

[0011]   FIG. 3 is an isometric view of an illustrative clamp suitable for use in a clamping assembly in accordance with aspects of the present disclosure.

[0012]   FIG. 4 is an isometric view of an illustrative clamping assembly in accordance with aspects of the present disclosure.

[0013]   FIG. 5 is a view of the clamping assembly of FIG. 4 in an illustrative mode of use, holding two workpieces at a fixed angle.

[0014]   FIG. 6 is an end elevation view of illustrative mating portions of a clamp and frame, with the portions in a locked position.

[0015]   FIG. 7 is an end elevation view of the portions depicted in FIG. 6, with the portions in an unlocked position.

[0016]   FIG. 8 is an isometric view of another embodiment of a clamp suitable for use in a clamping assembly in accordance with aspects of the present disclosure.

[0017]   FIG. 9 depicts the clamp of FIG. 8 mated with an illustrative corresponding frame.

[0018]   FIG. 10 is an isometric view of another embodiment of a clamp suitable for use in a clamping assembly in accordance with aspects of the present disclosure.

[0019]   FIG. 11 depicts the clamp of FIG. 10 mated with an illustrative corresponding frame.

[0020]   FIG. 12 is a flow chart depicting steps of an illustrative method for securing workpieces to a frame using a clamping assembly in accordance with aspects of the present disclosure.

## DESCRIPTION

### Overview

[0021]   Various embodiments of a clamping assembly having one or more clamps mated with a frame are described below and illustrated in the associated drawings. Unless otherwise specified, a clamping assembly and/or its various components may, but are not required to, contain at least one of the structure, components, functionality, and/or variations described, illustrated, and/or incorporated herein. Furthermore, the structures, components, functionalities, and/or variations described, illustrated, and/or incorporated herein in connection with the present teachings may, but are not required to, be included in other embodiments of clamping assemblies, including as part of a larger device or system. The following description of various embodiments is merely exemplary in nature and is in no way intended to limit the disclosure, its application, or uses. Additionally, the advantages provided by the embodiments, as described below, are

DEFS' MOTION TO COMPEL
EXHIBIT B Page 10

US 2016/0067845 A1

Mar. 10, 2016

2

illustrative in nature and not all embodiments provide the same advantages or the same degree of advantages.

[0022] In general, a clamping assembly in accordance with aspects of the present disclosure will include a frame having a first mating portion, and one or more clamps having a second mating portion. The first and second mating portions cooperate to secure the clamp(s) to the frame in a repositionable fashion. Accordingly, clamping one or more workpieces (e.g., boards, panels) to the frame is made significantly simpler, as the clamps are secured to the frame but also easily repositionable. In some embodiments, manual repositioning of the clamp(s) may be accomplished by an operator using a single hand. This capability frees the other hand of the operator, for example, to hold the workpiece or manipulate a tool.

[0023] Referring now to FIG. 1, a clamping assembly 10 includes a frame 12 and a clamp 14. In some embodiments, multiple clamps 14 may be included. For example, two substantially identical clamps may be included. The number of clamps may correspond to the number of leg portions of frame 12.

[0024] Frame 12 may include one or more leg portions 16. Leg portion 16 may include any suitable frame member configured as a rigid, elongate surface against which a workpiece may be clamped. Accordingly, one or more workpieces may be clamped against a single leg portion 16. If multiple leg portions are included, the leg portions may be arranged at a predetermined and/or adjustable angle with respect to each other. For example, two leg portions 16 may be arranged at a ninety degree angle to form an L-shaped frame. The two leg portions may be mutually connected at respective proximal ends (e.g., in a fixed angular relationship). In some embodiments, a single leg portion 16 may be included. In some embodiments, two workpieces may be clamped to respective leg portions 16 at a fixed angle, as commonly performed using a tool known as an assembly square.

[0025] Leg portion 16 includes a first mating portion 18. First mating portion 18 may include any suitable structure configured to secure clamp 14 to frame 12 by mating in a repositionable manner with a corresponding second mating portion 20 on clamp 14. First mating portion 18 may be disposed on or in any suitable surface of leg portion 16, and may be present on or in more than one such surface. In other words, there may be more than one first mating portion 18.

[0026] In some embodiments, second mating portion 20 includes a shaped protrusion, and first mating portion 18 includes a slot, channel, or track configured to receive the protrusion. In some embodiments, first mating portion 18 may include the protrusion and second mating portion 20 the channel. In some embodiments, the first mating portion may include a channel having a cross-sectional shape, and the second mating portion may include a protrusion having an outer perimeter corresponding to the cross-sectional shape of the channel. In some embodiments, the two mating portions 18 and 20 may include a grasping member and a rail or bar to be grasped. The first and second mating portions may comprise a male connector and a female connector, respectively, or vice versa. In some embodiments, the clamp may include a clamp mating portion having a shaped protrusion and the leg portion may include an elongate mating portion having a channel with a cross-sectional profile complementary to the shaped protrusion.

[0027] First mating portion 18 and second mating portion 20 may be configured to slide or otherwise reposition along the long axis of leg portion 16. The first and second mating portions may be further configured to lock into a selectable position along the length of leg portion 16. In other words, the translating joint formed by engagement of the first and second mating portions may include a releasable locking mechanism configured to selectively restrict movement of a clamp in a direction parallel to the long axis of the leg portion. The locking mechanism may be configured to bias the second mating portion against the first mating portion of the first leg portion in a direction transverse to the long axis. In some examples, a releasable locking mechanism may be integrated into one or both of the mating portions.

[0028] Clamp 14 may include any suitable structure and/or mechanism configured to exert selected and/or adjustable pressure from at least two directions with respect to leg portion 16 of frame 12. In the example depicted in FIG. 1, clamp 14 includes a body 22, a first jaw 24, and a second jaw 26. In some embodiments, first jaw 24 is fixed, and second jaw 26 is movable toward and away from first jaw 24. Accordingly, pressure may be exerted on a workpiece to hold the workpiece against leg portion 16 by placing first jaw 24 on one side of leg portion 16 and adjusting second jaw 26 to apply pressure to the workpiece. In some embodiments, the clamp may further include an adjustment mechanism operatively connected to the movable second jaw. Manipulation of the adjustment mechanism may be configured to selectively reposition the movable jaw. In some embodiments, both first jaw 24 and second jaw 26 may be adjustable or otherwise movable toward and away from each other.

[0029] Body 22 may include any suitable base structure configured to provide a rigid brace for the jaws. For example, first jaw 24 may be affixed to or unitary with body 22 and second jaw 26 may be adjustable along a length of body 22. Adjustability may be achieved by way of a manual adjustment mechanism, such as a threaded member and rotatable knob. In some embodiments, adjustment mechanisms may include a cam lever, a jack, a spring, a ratcheting member, or the like, and/or any combination of these. Adjustment may be accomplished or assisted by a separate tool, whether manual or powered, such as a wrench, a driver, or the like.

[0030] Each of first jaw 24 and second jaw 26 may include any suitable structure configured to transfer clamping force to the workpiece and/or frame 12. For example, a jaw may include a flat plate, a shaped plate configured to match an expected workpiece, a hook, a block, a ribbed or otherwise textured surface, a resilient pad, a shaped member, or the like, or any combination of these. In some embodiments, first jaw 24 may have a different structure as compared with second jaw 26. In some embodiments, first jaw 24 and second jaw 26 may be operatively connected to each other, directly or indirectly, such that body 22 comprises the connection between the two clamps.

[0031] Protruding mating portions may be referred to as male mating portions. Recessed mating portions, or mating portions otherwise configured to receive a male mating portion, may be referred to as female mating portions. First mating portion 18 and second mating portion 20 may each be male or female, with the other mating portion having the opposite configuration. In some examples, first mating portion 18 may include a male protrusion and second mating portion 20 may include a female recess or channel. In other examples, the opposite may be true. In some examples, both first mating portion 18 and second mating portion 20 may include both male and female portions, each oriented to mate with corresponding features on the other mating portion.

**DEFS' MOTION TO COMPEL
EXHIBIT B Page 11**

[0032] Second mating portion **20** may be formed as or operatively connected to any one of body **22**, first jaw **24**, or second jaw **26**, as depicted in FIG. **1**. For example, second mating portion **20** may be formed as a male protrusion or female channel on first jaw **24**. In some embodiments, second mating portion **20** may be formed in or on body **22**. In some embodiments, second mating portion **20** may be formed in or on second jaw **26**. In some embodiments, second mating portion **20** may be formed in or on a stationary jaw. In some embodiments, second mating portion **20** may be formed in or on a movable jaw. Collectively, first mating portion **18** and second mating portion **20** may form a releasable and/or repositionable joint or engagement mechanism **28**.

[0033] Based on the above description, one embodiment of a clamping assembly in accordance with aspects of the present disclosure may include a frame including a leg portion and a first mating portion. The clamping assembly may include a clamp including a first jaw portion, a second jaw portion selectively movable toward and away from the first jaw portion, and a second mating portion configured to engage the first mating portion of the leg of the frame. When the first mating portion is engaged with the second mating portion, the first and second jaws may straddle the leg portion and the clamp may be selectively movable along a long axis of the leg portion.

[0034] Based on the above description, another embodiment of a clamping assembly in accordance with aspects of the present disclosure may include an assembly square including a first leg portion and a second leg portion, respective proximal ends of the first and second leg portions being connected to form a corner. The first leg portion and the second leg portion may each have a respective elongate mating portion running parallel to a long axis of the respective leg portion. A clamp may have a movable jaw and a clamp mating portion configured to engage the elongate mating portion of the first leg portion to form a translating joint. This system may be operable in a first configuration, wherein the clamp is engaged with the assembly square at the translating joint, the movable jaw is configured to move selectively toward and away from the first leg portion, and the clamp is configured to travel selectively along the length of the first leg portion, and a second configuration, wherein the clamp is disengaged from the assembly square.

EXAMPLES, COMPONENTS, AND
ALTERNATIVES

[0035] The following sections describe selected aspects of exemplary clamping assemblies, as well as related systems and/or methods. These examples are intended for illustration and should not be interpreted as limiting the entire scope of the present disclosure. Each section may include one or more distinct inventions, and/or contextual or related information, function, and/or structure.

Section 1:

[0036] This Section describes an illustrative clamping assembly **100** having a sliding dovetail joint; see FIGS. **2-7**. Clamping assembly **100** is an embodiment of clamping assembly **10**. Accordingly, corresponding features may be labeled with corresponding reference numbers in the drawings.

[0037] Clamping assembly **100** includes an L-shaped frame **102**, depicted in FIG. **2**. Frame **102** may be inter-changeably referred to as a square, a corner square, an assembly square, and/or an L-frame. Frame **102** includes two leg portions **104**, **106**, arranged at a fixed ninety degree angle. In some embodiments, the two leg portions may be operatively connected by a hinged or otherwise selectively rotatable member, thereby facilitating adjustability of the angle between leg **104** and **106**. Leg portions **104** and **106** are generally rectangular and elongate members, and are attached to each other by a mutual corner portion **108**. Corner portion **108** includes an inner corner having a radius relief to prevent damage to workpiece(s). Corner portion **108** also includes a truncated outer corner relief to permit escape of excess glue, provide visibility of reference lines, etc. Leg portion **104** includes a mating surface **110** and a clamping surface **112** opposite the mating surface. Likewise, leg portion **106** includes a mating surface **114** and an opposing clamping surface **116**.

[0038] A channel **118** is formed parallel to the long axis of leg portion **104** in mating surface **110**. The channel has a first end and a second end opposite the first end, the first end being open, such that a protrusion on a clamp is able to pass into and out of the first end in a direction substantially parallel to the long axis of the leg portion. In other words, the channel has a closed proximal end and an open distal end. More specifically, channel **118** may have an open end **120** at a distal end of leg portion **104** and a closed end **122** at a proximal end of leg portion **104**. Similarly, leg portion **106** includes a channel **124** having an open end **126** and a closed end **128**.

[0039] Each of the channels may include any suitable structure configured to function as first mating portion **18** for a corresponding second mating portion **20** on the clamp. In this embodiment, channels **118** and **124** have a generally trapezoidal cross section, with a narrow mouth at surface **110**, **114** transitioning via sloping or tapered walls to a wider floor. Each channel is configured to form a dovetail joint with the second mating portion on the clamp (described below). Open ends **120** and **126** may be larger than the respective closed ends **122** and **128**. This may, for example, facilitate manufacturability and/or engagement with the second mating portion. In some examples, end **120** and/or end **126** are closed, thereby preventing removal of a clamp from the channel in a longitudinal direction.

[0040] Legs **104** and **106** may have a substantially identical length and width, and may be configured to lay flat on a work surface. In the embodiment depicted in FIG. **2**, a plurality of mounting holes **130** are included at spaced intervals on each leg portion. Mounting holes **130** may be countersunk, and may be configured to permit securing of the frame to a work surface. For example, frame **102** may be attached to a flat work surface (e.g., a table or workbench) by inserting screws into the surface through mounting holes **130**.

[0041] Clamping assembly **100** includes two clamps **150**, depicted in FIG. **3**. In this embodiment, clamps **150** are substantially identical. Accordingly, only a single clamp **150** will be described in detail. Clamp **150** includes a body portion **152**, a first jaw **154**, and a second jaw **156**. Clamp **150** may be interchangeably referred to as a clamp assembly, a screw clamp, or a screw clamp assembly. In this embodiment, first jaw **154** is affixed to or unitary with body portion **152**, and may be referred to as a stationary jaw or fixed jaw.

[0042] Second jaw **156** is movable or adjustable along the length of body **152**, such that second jaw **156** moves toward and away from the fixed jaw. Accordingly, second jaw **156** may be referred to as a movable jaw or adjustable jaw. Second

DEFS' MOTION TO COMPEL
EXHIBIT B Page 12

US 2016/0067845 A1

4

Mar. 10, 2016

jaw **156** is operatively connected to an adjustment mechanism **158**. Adjustment mechanism **158** includes a threaded member **160**, on which second jaw **156** is engaged by way of a threaded aperture. Threaded member **160** is rotatable in a bushing **162** at one end by a manual adjustment knob **164** at the other end.

[0043] Movable jaw **156** may include a flat plate, as depicted in FIG. **3**. Some flexion of the plate or the connection between jaw **156** and mechanism **158** may result from application of clamping force to a workpiece. Accordingly, to maintain contact with the workpiece and efficiently transmit the clamping force evenly, the flat plate of jaw **156** may include a positive rake angle. In other words, when not under load, the flat clamping surface of jaw **156** may form a slightly acute angle with the plane defined generally by body **152**. The inventor has found that a rake angle of approximately one degree may be suitable.

[0044] The flat plate of movable jaw **156** extends transversely from body **152** as described. Jaw **156** may be sized such that the jaw extends approximately the same distance as the width of the leg to which the clamp is attached. In other words, if clamp **150** is engaged with leg portion **104** and the assembly is laid on a flat work surface with frame **102** flat on the surface, jaw **156** would contact and terminate at the flat work surface. This arrangement facilitates clamping of thin workpieces between jaw **156** and leg **104**, where thin refers to the size dimension orthogonal to the support surface.

[0045] As discussed above, clamp **150** includes second mating portion **20**, which in this embodiment is a dovetail protrusion **166** having a generally trapezoidal shape. Protrusion **166** is configured to mate with channel **118** or **124**, such that the protrusion may be passed into respective open end **120** or **126** of the channel and slid along the channel to a desired position. This mating of the protrusion with the channel may be described as a translating joint that is configured to restrict motion of the clamp in a direction transverse to the long axis of the leg portion while permitting translation of the clamp in a direction parallel to the long axis of the leg portion.

[0046] To facilitate releasable locking of clamp **150** at a position along the channel, a locking mechanism **168** is included in protrusion **166**. Locking mechanism **168** may include any suitable member biased to press against the floor of channel **118**, thereby forcing the angled sides of protrusion **166** against the angled walls of the channel. The angled sides and walls of the dovetail joint prevent decoupling of the clamp from the channel, while the force of the locking mechanism resists relative movement between the clamp and frame. The dovetail joint also allows travel or relative movement (i.e., sliding) along the channel length when the locking mechanism is overridden or released. In this embodiment, locking mechanism **168** includes a spring-loaded ball plunger having a ball that is spring-biased to extend from the distal face of protrusion **166**.

[0047] Body **152** of clamp **150** includes a lip **170** formed adjacent to the fixed jaw. Lip **170** may include any suitable projection or other structure configured to fit under a ledge portion **172** of the frame (also referred to as a flange) and/or to contact a side face of the frame. This lip feature functions to reduce or prevent racking motion by urging the clamp to remain at a right angle relative to the frame.

[0048] Turning to FIGS. **4** and **5**, clamping assembly **100** is shown with two clamps **150** slidably engaged with legs **104** and **106** of frame **102**. For convenience, the two clamps are

labeled **150** and **150'**, with corresponding components having corresponding unprimed and primed reference numbers.

[0049] As described in FIGS. **4** and **5**, clamp **150** may be engaged with leg portion **104** by inserting protrusion **166** into channel **118**. Likewise, clamp **150'** may be engaged with leg portion **106** by inserting protrusion **166'** into channel **124**. The clamps may then be slid along the channel to a desired position.

[0050] As shown in FIG. **5**, clamping assembly **100** may be used to hold a first workpiece **174** at a fixed angle relative to a second workpiece **176**. In this example, workpieces **174** and **176** are panels or flat boards being held at a ninety degree angle by clamping assembly **100**. Workpiece **174** is held against leg portion **104** by jaws **154** and **156** of clamp **150**. Workpiece **176** is held against leg portion **106** by jaws **154'** and **156'** of clamp **150'**. As shown in FIG. **5** and elsewhere, the jaws of each clamp are arranged such that the jaws straddle the leg to which the clamp is engaged. In general, this means that jaw **154** is disposed on one side of leg portion **104**, adjacent mating surface **110**, while jaw **156** is disposed on the opposite side of leg portion **104**, adjacent to and at an adjustable distance from clamping surface **112**. As shown in FIG. **5**, jaws **154** and **156** straddle both the workpiece and the leg, meaning jaw **154** is on the mating surface side of leg portion **104**, and jaw **156** is on the opposite, clamping side of the leg portion with workpiece **174** sandwiched between jaw **156** and leg portion **104**. A similar arrangement is depicted with respect to clamp **150'** and workpiece **176**.

[0051] Depending on alternative locations for the first and second mating portions, workpieces may be clamped in the jaws of clamps **150** and/or **150'** in various arrangements. For example, if channel **118** were located on the opposite (i.e., outside edge) surface of leg **104**, protrusion **166** would then be located on jaw **156**. Accordingly, clamping of workpiece **174** would be conducted between surface **110** and jaw **154** rather than surface **112** and jaw **156**. Based on this example, one skilled in the art will recognize that various suitable arrangements are possible without departing from the teachings of this disclosure.

[0052] In the embodiment described in this Section, sliding of the clamp along the channel must be accompanied by releasing or overcoming the locking feature of mechanism **168**. This may be accomplished, for example, by pressing fixed jaw **154** toward leg portion **104** or otherwise overcoming the spring pressure of the ball plunger. Releasing the pressure on fixed jaw **154** allows the self-locking feature to re-engage and secure the lateral position of the clamp. See FIGS. **6** and **7**, which depict this unlocking/locking operation in more detail. An inward bulge **178** may run lengthwise along the walls of channel **118** (and **124**) to further facilitate the locking and unlocking functionality of the dovetail joint. In other embodiments, more or fewer locking features may be present. For example, a locking feature or mechanism **168** may not be included.

Section 2:

[0053] This Section describes an illustrative clamping assembly **200** having a sliding T-shaped joint; see FIGS. **8-9**. Clamping assembly **200** is an embodiment of clamping assembly **10**. Accordingly, corresponding features may be labeled with corresponding reference numbers in the drawings.

[0054] Clamping assembly **200** is similar in many respects to clamping assembly **100**, but with a significantly different

**DEFS' MOTION TO COMPEL EXHIBIT B Page 13**

5

engagement mechanism **28**. Clamping assembly **200** includes a frame **202** having a first leg **204** connected to a second leg **206** at a corner portion **208**, engageable with one or more clamps **250**, all substantially as described above regarding assembly **100**. Components of frame **202** and clamp **250** correspond to the components of frame **102** and clamp **150**, and are labeled with similar reference numbers having the general form "2XX" rather than "1XX." Accordingly, features **210**, **212**, **214**, **216**, **220**, **222**, **228**, **230**, **252**, **254**, **256**, **258**, **260**, **262**, and **264** are substantially identical to their respective counterparts in Section 1, namely features **110**, **112**, **114**, **116**, **120**, **122**, **128**, **130**, **152**, **154**, **156**, **158**, **160**, **162**, and **164**.

[0055]    As indicated above, however, clamping assembly **200** includes different embodiments of the first mating portion and second mating portion. Specifically, clamp **250** includes a T-shaped protrusion **266** configured to mate with T-shaped channels **218** and **224**. As depicted in FIGS. **8** and **9**, protrusion **266** includes a stem terminating in a tee portion oriented orthogonal to the stem. Channels **218** and **224** have a corresponding cross-section. Protrusion **266** is engageable with the channels by sliding into, for example, open end **220**. As with the dovetail joint, T-shaped protrusion **266** includes a locking mechanism **268** in the form of a spring-loaded ball plunger.

[0056]    Locking mechanism **268** is configured to bias the upper surfaces of the tee of protrusion **266** against the corresponding surfaces of the channel, thereby preventing lateral movement (i.e., along the length of the channel). The biasing force may be overcome manually, as described above regarding locking mechanism **168**. In other words, a user may press down on stationary jaw **254** to overcome the spring of the ball plunger of mechanism **268**. While maintaining the downward force, the user can then slide clamp **250** to a desired position along channel **218** or **224**. Once the desired position is achieved, releasing the downward force causes the ball to extend. Extension of the ball presses the tee of protrusion **266** against the channel, thereby resisting further repositioning of the clamp.

Section 3:

[0057]    This Section describes an illustrative clamping assembly **300** having an engagement mechanism in the form of a rail and a rail-grasping member; see FIGS. **10**-**11**. Clamping assembly **300** is an embodiment of clamping assembly **10**. Accordingly, corresponding features may be labeled with corresponding reference numbers in the drawings.

[0058]    Clamping assembly **300** is similar in many respects to clamping assemblies **100** and **200**, again with a significantly different engagement mechanism **28**. Clamping assembly **300** includes a frame **302** having a first leg **304** connected to a second leg **306** at a corner portion **308**, engageable with one or more clamps **350**, all substantially as described above regarding assembly **100**. Components of frame **302** and clamp **350** correspond to the components of frame **102** and clamp **150**, and are labeled with similar reference numbers having the general form "3XX" rather than "1XX." Accordingly, features **310**, **312**, **314**, **316**, **320**, **322**, **328**, **330**, **352**, **354**, **356**, **358**, **360**, **362**, and **364** are substantially identical to their respective counterparts in Section 1, namely features **110**, **112**, **114**, **116**, **120**, **122**, **128**, **130**, **152**, **154**, **156**, **158**, **160**, **162**, and **164**.

[0059]    As indicated, clamping assembly **300** includes embodiments of the first mating portion and second mating

portion that differ from those described above. Specifically, clamp **350** includes a rail-grasping member, also referred to as a clip-type protrusion **366** configured to mate with a bar or rail in the form of an elongate cylindrical portion running lengthwise in each of channels **318** and **324**. The elongate cylindrical portions, in this embodiment, are anchored to the floor of the channels by a stem portion having a width thinner than the cylindrical diameter.

[0060]    The rail-grasping member has an inner shape that conforms to an outer shape of the rail. In this embodiment, protrusion **366** includes a "fuse-clip" style of connector having a pair of curved, opposing arms that together form a generally cylindrical inner passage between the arms. Each arm terminates in a distal end spaced from the distal end of the other arm, resulting in a gap between the distal ends. The arms are of a length sufficient to embrace or grasp greater than half of the circumference of a corresponding cylinder in the inner passage. The clip portion of protrusion **366** may be interchangeably referred to as a clip, a grasping portion, a rail-grasping member, or a bar-grasping member.

[0061]    The arms of the clip portion may be flexible, such that a cylinder may be passed or snapped into and out of the clip through the gap between the arms. In some embodiments, the arms may be inflexible and/or the gap may be small compared to the perimeter of the rail (e.g., the diameter of the cylinder). In these embodiments, the rail or cylinder must be passed axially through an open end of the clip rather than radially through the gap. In the embodiment depicted in FIGS. **10** and **11**, the clip of protrusion **366** is configured to be placed onto the central raised cylinder portion of channel **318** at open end **320**. The cylinder portion and clip are configured to mate in a friction fit, such that clamp **350** may be caused to travel along the length of leg portion **304** by overcoming the friction between the clip and the cylinder. In some embodiments, the legs of the clip portion may be forced apart by pressing the fixed jaw toward the channel, thereby reducing contact and friction between the clip and the rail during relocation.

[0062]    Although the clip and cylinder portions are described as having rounded features, other shapes and sizes of the components may be suitable. For example, the clip arms may be configured to embrace an elongate member having a square, rectangular, or triangular cross section. In some embodiments, the clip arms may be configured to embrace an elongate member anchored to a side wall of channel **318** rather than to the floor as depicted in the drawings.

[0063]    Unlike the first mating portions and second mating portions described in Sections 1 and 2, the mating portions of clamping assembly **300** include a member on the frame that is received by an opening on the clamp. In other words, clamp **350** includes a female mating portion **20** and frame **302** includes one or more male mating portions **18**. In addition, the female mating portion of the clamp is disposed in a projecting member, while the male mating portion of the frame is disposed in a recessed channel.

Section 4:

[0064]    This example describes a method for clamping a plurality of workpieces in a fixed mutual relationship; see FIG. **12**. Aspects of the clamping assemblies described in Sections above may be utilized in the method steps described below. Where appropriate, reference may be made to previously described components and systems that may be used in

**DEFS' MOTION TO COMPEL EXHIBIT B Page 14**

US 2016/0067845 A1                                    Mar. 10, 2016

6

carrying out each step. These references are for illustration, and are not intended to limit the possible ways of carrying out any particular step of the method.

[0065]  FIG. **12** is a flowchart illustrating steps performed in an illustrative method, and may not recite the complete process or all steps of the method. FIG. **12** depicts multiple steps of a method, generally indicated at **400**, which may be performed in conjunction with a clamping assembly according to aspects of the present disclosure. Although various steps of method **400** are described below and depicted in FIG. **12**, the steps need not necessarily all be performed, and in some cases may be performed in a different order than the order shown.

[0066]  At step **402**, a first clamp may be operatively connected with a first leg of a frame by engaging a first mating portion on the first leg with a second mating portion on the first clamp. The second mating portion may be disposed on a body portion or a jaw portion of the first clamp. For example, clamp **150** may be operatively connected to leg portion **104** of frame **102** by engaging protrusion **166** into channel **118**. For example, protrusion **166** may be passed into channel **118** through open end **120**.

[0067]  In some examples, step **402** may include operatively connecting a plurality of clamps to the first leg. In some embodiments, this step may be described as attaching a first clamp to a corner square by engaging a first mating portion on the first clamp with a complementary second mating portion on a first leg of the corner square. Attaching the first clamp to the corner square may include establishing a mated connection that restricts movement of the clamp in a direction transverse to a long axis of the first leg. Engaging the first mating portion on the first clamp with the second mating portion on the first leg may include inserting a shaped protrusion on the first clamp into a channel having a complementary cross-sectional profile on the first leg. For example, the mated connection may include a sliding dovetail joint.

[0068]  At step **404**, the first clamp may be caused to travel along a length of the first leg to a desired position. Step **404** may be performed by an operator using a single hand. For example, clamp **150** may be slid along channel **118** to a position between open end **120** and closed end **122**. The engaged mating portions may form a repositionable joint or engagement mechanism. This step may include releasing or overcoming a self-locking feature of the joint. For example, locking mechanism **166** of clamp **150** may be overridden by applying pressure on the clamp toward the mating surface between jaw **156** and leg **104**.

[0069]  Step **404** may be repeated as necessary to achieve a desired position or series of positions. If a plurality of clamps were connected to the leg in step **402**, all such clamps may be positioned in step **404**. In some embodiments, this step may be described as repositioning a first clamp along the first leg of a corner square by sliding the clamp along a length of the first leg while maintaining engagement between the first and second mating portions.

[0070]  At step **406**, a first workpiece may be secured against the first leg by clamping the first workpiece between the first leg and a jaw of the first clamp. The first clamp may include a pair of jaws that straddle the first leg when the first clamp is engaged with the first leg. In this step, the pair of jaws may straddle both the first leg and the first workpiece. The jaws of the first clamp may include a movable jaw. The movable jaw may be adjustable toward and away from the first leg. The movable jaw may provide a selectable amount of clamping force. For example, jaw **156** of clamp **150** may be

repositioned using adjustment knob **164** of adjustment mechanism **158**. This repositioning may be performed in such a way that jaw **156** contacts and applies pressure to the first workpiece. Jaw **154** may be in contact with an opposite side of first leg **104** to provide an opposing squeeze force for the workpiece.

[0071]  If a plurality of clamps are installed on the first leg, some or all of the clamps may be used to clamp the workpiece against the first leg in this step **406**. In some embodiments, this step may be described as securing a first workpiece against the first leg of a corner square by applying a clamping force to a first workpiece using a jaw of a first clamp. Repositioning the first clamp may include releasing a locking mechanism preventing the first clamp from sliding along the length of the first leg. Repositioning the first clamp and securing the first workpiece may both be performed manually using a same single hand.

[0072]  At step **408**, a second clamp may be operatively connected to a second leg of the frame by engaging a first mating portion on the second leg with a second mating portion on the second clamp. The second mating portion may be disposed on a body portion or a jaw portion of the second clamp. For example, clamp **150'** may be operatively connected to leg portion **106** of frame **102** by engaging protrusion **166'** into channel **124**. For example, protrusion **166'** may be passed into channel **124** through open end **126**. The second clamp may be substantially identical to the first clamp. As in step **402**, a plurality of clamps may be connected during this step.

[0073]  At step **410**, the second clamp may be caused to travel along a length of the second leg to a desired position. Step **410** may be performed by an operator using a single hand. For example, clamp **150'** may be slid along channel **124** to a position between open end **126** and closed end **128**. The engaged mating portions may form a repositionable joint or engagement mechanism. This step may include releasing or overcoming a self-locking feature of the joint. For example, locking mechanism **166'** of clamp **150'** may be overridden by applying pressure on the clamp toward the mating surface between jaw **156'** and leg **106**. Step **410** may be repeated as necessary to achieve a desired position or series of positions. If a plurality of clamps were connected to the leg in step **408**, all such clamps may be positioned in step **410**.

[0074]  At step **412**, a second workpiece may be secured against the second leg by clamping the second workpiece between the second leg and a jaw of the second clamp. The second clamp may include a pair of jaws that straddle the second leg when the second clamp is engaged with the second leg. In this step, the pair of jaws may straddle both the second leg and the second workpiece. The jaws of the second clamp may include a movable jaw. The movable jaw may be adjustable toward and away from the second leg. The movable jaw may provide a selectable amount of clamping force. For example, jaw **156'** of clamp **150'** may be repositioned using adjustment knob **164'** of adjustment mechanism **158'**. This repositioning may be performed in such a way that jaw **156'** contacts and applies pressure to the second workpiece. Jaw **154'** may be in contact with an opposite side of second leg **106** to provide an opposing squeeze force for the workpiece. If a plurality of clamps are installed on the second leg, some or all of the clamps may be used to clamp the workpiece against the second leg in this step.

[0075]  At step **414**, work may be conducted on the first and/or second workpieces. For example, the workpieces may

DEFS' MOTION TO COMPEL
EXHIBIT B Page 15

7

be glued together and the glue may be allowed to dry. For example, additional components or workpieces may be attached to the clamped workpieces.

[0076]    At step 416, when the work of step 414 is completed or otherwise no longer necessary, the first and second clamps may be released from the respective workpieces. Step 416 may further include removing one or both clamps from the frame, such that the frame, first clamp, and second clamp are three separate components. Step 416 may further include storing the clamps and frame, together or separately.

Section 5:

[0077]    This section describes additional aspects and features of clamp assemblies, presented without limitation as a series of paragraphs, some or all of which may be alphanumerically designated for clarity and efficiency. Each of these paragraphs can be combined with one or more other paragraphs, and/or with disclosure from elsewhere in this application, including the materials incorporated by reference in the Cross-References, in any suitable manner. Some of the paragraphs below expressly refer to and further limit other paragraphs, providing without limitation examples of some of the suitable combinations.

[0078]    A0. A clamp assembly comprising:

[0079]    a frame including a leg portion and a first mating portion; and

[0080]    a clamp including a first jaw portion, a second jaw portion selectively movable toward and away from the first jaw portion, and a second mating portion configured to engage the first mating portion of the leg of the frame;

[0081]    wherein, when the first mating portion is engaged with the second mating portion, the first and second jaws straddle the leg portion and the clamp is selectively movable along a long axis of the leg portion.

[0082]    A1. The clamp assembly of paragraph A0, wherein the leg portion is a first leg portion, the frame further including a second leg portion substantially identical to the first leg portion, the first and second leg portions being connected at respective proximal ends.

[0083]    A2. The clamp assembly of paragraph A1, wherein the first and second leg portions are connected in a fixed angular relationship.

[0084]    A3. The clamp assembly of paragraph A2, wherein the fixed angular relationship is a right angle.

[0085]    A4. The clamp assembly of any of paragraphs A0-A3, wherein the first mating portion is a female connector and the second mating portion is a male connector.

[0086]    A5. The clamp assembly of any of paragraphs A0-A4, wherein the first mating portion includes a channel having a cross-sectional shape, and the second mating portion includes a protrusion having an outer perimeter corresponding to the cross-sectional shape of the channel.

[0087]    A6. The clamp assembly of paragraph A5, wherein the channel has a first end and a second end opposite the first end, the first end being open, such that the protrusion of the second mating portion is able to pass into and out of the first end in a direction substantially parallel to the long axis of the leg portion.

[0088]    A7. The clamp assembly of paragraph A5 or A6, wherein the protrusion is disposed on the first jaw portion of the clamp.

[0089]    A8. The clamp assembly of any of paragraphs A0-A7, wherein the first mating portion and the second mating portion form a sliding dovetail joint.

[0090]    A9. The clamp assembly of any of paragraphs A0-A8, wherein the first mating portion includes a rail, and the second mating portion includes a rail-grasping member having an inner shape that conforms to an outer shape of the rail.

[0091]    B0. A clamping system comprising:

[0092]    an assembly square including a first leg portion and a second leg portion, respective proximal ends of the first and second leg portions being connected to form a corner, the first leg portion and the second leg portion each having a respective elongate mating portion running parallel to a long axis of the respective leg portion; and

[0093]    a clamp including a movable jaw and a clamp mating portion configured to engage the elongate mating portion of the first leg portion to form a translating joint;

[0094]    the system being operable in a first configuration, wherein the clamp is engaged with the assembly square at the translating joint, the movable jaw is configured to move selectively toward and away from the first leg portion, and the clamp is configured to travel selectively along the length of the first leg portion, and a second configuration, wherein the clamp is disengaged from the assembly square.

[0095]    B1. The clamping system of paragraph B0, wherein the translating joint is configured to restrict motion of the clamp in a direction transverse to the long axis of the first leg portion while permitting translation of the clamp in a direction parallel to the long axis of the first leg portion.

[0096]    B2. The clamping system of paragraph B0 or B1, the clamp mating portion including a shaped protrusion and the elongate mating portion including a channel having a cross-sectional profile complementary to the shaped protrusion.

[0097]    B3. The clamping system of paragraph B2, wherein the channel has a closed proximal end and an open distal end.

[0098]    B4. The clamping system of any of paragraphs B0-B3, the translating joint further including a releasable locking mechanism configured to selectively restrict movement of the clamp in a direction parallel to the long axis of the first leg portion.

[0099]    B5. The clamping system of paragraph B4, wherein the locking mechanism is configured to bias the clamp mating portion against the elongate mating portion of the first leg portion in a direction transverse to the long axis.

[0100]    B6. The clamping mechanism of paragraph B5, wherein the locking mechanism includes a spring-biased ball plunger.

[0101]    B7. The clamping mechanism of any of paragraphs B0-B6, the clamp further including an adjustment mechanism operatively connected to the movable jaw, wherein manipulation of the adjustment mechanism is configured to selectively reposition the movable jaw.

[0102]    C0. A method of securing a workpiece, the method including:

[0103]    attaching a first clamp to a corner square by engaging a first mating portion on the first clamp with a complementary second mating portion on a first leg of the corner square;

[0104]    repositioning the first clamp along the first leg of the corner square by sliding the clamp along a length of the first leg while maintaining engagement between the first and second mating portions; and

[0105]    securing a first workpiece against the first leg of the corner square by applying a clamping force to the first workpiece using a jaw of the first clamp.

**DEFS' MOTION TO COMPEL
EXHIBIT B Page 16**

[0106]   C1. The method of paragraph C0, wherein repositioning the first clamp includes releasing a locking mechanism preventing the first clamp from sliding along the length of the first leg.

[0107]   C2. The method of any of paragraphs C0-C1, wherein repositioning the first clamp and securing the first workpiece are both performed manually using a same single hand.

[0108]   C3. The method of any of paragraphs C0-C2, wherein attaching the first clamp to the corner square includes establishing a mated connection that restricts movement of the clamp in a direction transverse to a long axis of the first leg.

[0109]   C4. The method of paragraph C3, wherein the mated connection includes a sliding dovetail joint.

[0110]   C5. The method of any of paragraphs C0-C4, further including securing a second workpiece against a second leg of the corner square using a second clamp.

[0111]   C6. The method of paragraph C5, further including attaching the second clamp to the corner square by engaging a first mating portion on the second clamp with a complementary second mating portion on the second leg.

[0112]   C7. The method of any of paragraphs C0-C6, wherein engaging the first mating portion on the first clamp with the second mating portion on the first leg includes inserting a shaped protrusion on the first clamp into a channel having a complementary cross-sectional profile on the first leg.

Advantages, Features, Benefits

[0113]   The different embodiments of the clamping systems and methods described herein provide several advantages over known solutions for holding workpieces in a fixed relationship. For example, illustrative embodiments of clamping systems described herein allow one-handed clamp relocation and workpiece clamping. Additionally, and among other benefits, illustrative embodiments of the clamping systems described herein facilitate self-locking, repositionable clamps engaged with a corner square or other frame. Thus, the illustrative embodiments described herein are particularly useful for cabinetry and other carpentry. However, not all embodiments described herein provide the same advantages or the same degree of advantage.

CONCLUSION

[0114]   The disclosure set forth above may encompass multiple distinct inventions with independent utility. Although each of these inventions has been disclosed in its preferred form(s), the specific embodiments thereof as disclosed and illustrated herein are not to be considered in a limiting sense, because numerous variations are possible. The subject matter of the invention(s) includes all novel and nonobvious combinations and subcombinations of the various elements, features, functions, and/or properties disclosed herein. The following claims particularly point out certain combinations and subcombinations regarded as novel and nonobvious. Invention(s) embodied in other combinations and subcombinations of features, functions, elements, and/or properties may be claimed in applications claiming priority from this or a related application. Such claims, whether directed to a different invention or to the same invention, and whether broader, narrower, equal, or different in scope to the original claims,

also are regarded as included within the subject matter of the invention(s) of the present disclosure.

I claim:

**1.** A clamp assembly comprising:

a frame including a leg portion and a first mating portion; and

a clamp including a first jaw portion, a second jaw portion selectively movable toward and away from the first jaw portion, and a second mating portion configured to engage the first mating portion of the leg of the frame;

wherein, when the first mating portion is engaged with the second mating portion, the first and second jaws straddle the leg portion and the clamp is selectively movable along a long axis of the leg portion.

**2.** The clamp assembly of claim **1**, wherein the leg portion is a first leg portion, the frame further including a second leg portion substantially identical to the first leg portion, the first and second leg portions being mutually connected at respective proximal ends.

**3.** The clamp assembly of claim **2**, wherein the first and second leg portions are connected in a fixed angular relationship.

**4.** The clamp assembly of claim **1**, wherein the first mating portion is a female connector and the second mating portion is a male connector.

**5.** The clamp assembly of claim **1**, wherein the first mating portion includes a channel having a cross-sectional shape, and the second mating portion includes a protrusion having an outer perimeter corresponding to the cross-sectional shape of the channel.

**6.** The clamp assembly of claim **5**, wherein the channel has a first end and a second end opposite the first end, the first end being open, such that the protrusion of the second mating portion is able to pass into and out of the first end in a direction substantially parallel to the long axis of the leg portion.

**7.** The clamp assembly of claim **5**, wherein the protrusion is disposed on the first jaw portion of the clamp.

**8.** A clamping system comprising:

an assembly square including a first leg portion and a second leg portion, respective proximal ends of the first and second leg portions being connected to form a corner, the first leg portion and the second leg portion each having a respective elongate mating portion running parallel to a long axis of the respective leg portion; and

a clamp including a movable jaw and a clamp mating portion configured to engage the elongate mating portion of the first leg portion to form a translating joint;

the system being operable in a first configuration, wherein the clamp is engaged with the assembly square at the translating joint, the movable jaw is configured to move selectively toward and away from the first leg portion, and the clamp is configured to travel selectively along the length of the first leg portion, and a second configuration, wherein the clamp is disengaged from the assembly square.

**9.** The clamping system of claim **8**, wherein the translating joint is configured to restrict motion of the clamp in a direction transverse to the long axis of the first leg portion while permitting translation of the clamp in a direction parallel to the long axis of the first leg portion.

**10.** The clamping system of claim **8**, the clamp mating portion including a shaped protrusion and the elongate mating portion including a channel having a cross-sectional profile complementary to the shaped protrusion.

US 2016/0067845 A1

9

Mar. 10, 2016

**11**. The clamping system of claim **10**, wherein the channel has a closed proximal end and an open distal end.

**12**. The clamping system of claim **8**, the translating joint further including a releasable locking mechanism configured to selectively restrict movement of the clamp in a direction parallel to the long axis of the first leg portion.

**13**. The clamping system of claim **12**, wherein the locking mechanism is configured to bias the clamp mating portion against the elongate mating portion of the first leg portion in a direction transverse to the long axis.

**14**. The clamping mechanism of claim **8**, the clamp further including an adjustment mechanism operatively connected to the movable jaw, wherein manipulation of the adjustment mechanism is configured to selectively reposition the movable jaw.

**15**. A method of securing a workpiece, the method including:

attaching a first clamp to a corner square by engaging a first mating portion on the first clamp with a complementary second mating portion on a first leg of the corner square;

repositioning the first clamp along the first leg of the corner square by sliding the clamp along a length of the first leg while maintaining engagement between the first and second mating portions; and

securing a first workpiece against the first leg of the corner square by applying a clamping force to the first workpiece using a jaw of the first clamp.

**16**. The method of claim **15**, wherein repositioning the first clamp includes releasing a locking mechanism preventing the first clamp from sliding along the length of the first leg.

**17**. The method of claim **15**, wherein repositioning the first clamp and securing the first workpiece are both performed manually using a same single hand.

**18**. The method of claim **15**, wherein attaching the first clamp to the corner square includes establishing a mated connection that restricts movement of the clamp in a direction transverse to a long axis of the first leg.

**19**. The method of claim **18**, wherein the mated connection includes a sliding dovetail joint.

**20**. The method of claim **15**, wherein engaging the first mating portion on the first clamp with the second mating portion on the first leg includes inserting a shaped protrusion on the first clamp into a channel having a complementary cross-sectional profile on the first leg.

\* \* \* \* \*

**DEFS' MOTION TO COMPEL EXHIBIT B Page 18**