## How do I submit my idea?

The best way is to submit an idea using the online form below. Enter a detailed description of your product or idea, and make sure to include its purpose and/or function, and tell us how it works. If we still cannot understand how it works, a member of our product development team will call you and discuss it personally.

**Please describe your product idea**

**Name***

**May we contact you?** Yes

**Address**

**Phone**

**E-Mail***

**Web Site**

[Submit Suggestions]

By submitting your idea to this website, Rockler agrees to use it only for evaluation. If we determine it is something we would like to develop, we will proceed with a Mutual Non Disclosure Agreement so we can discuss your idea more thoroughly, with protection for both parties.

Rockler does not share e-mail addresses with third parties. See our privacy policy.

Bottom of Form