**From:** "webmaster@rockler.com" <webmaster@rockler.com>
**To:** mfquaiz@yahoo.com
**Sent:** Thursday, July 12, 2012 4:49 PM
**Subject:** Thank You for Your Suggestions

Dear Majed Quaiz,

Thank you so much for sharing your product idea with us. We work hard to ensure that our selection is the best in the world, and your valuable input is truly appreciated.

If you have any images of your idea that you would like to provide, please reply to this email with the images attached. If you ever have another idea you would like to share with us, please feel free to contact us, either through our home page (http://www.rockler.com/) or by mail: (Product Team, Rockler Companies, 4365 Willow Drive, Medina, MN 55340).

In the meantime, keep making sawdust!

Sincerely,
Rockler Product Team

**WEYRAUCH DEC.
EXHIBIT B - PAGE 1**