# PATENT ASSIGNMENT COVER SHEET

Electronic Version v1.1     EPAS ID: PAT4154967
Stylesheet Version v1.2

| SUBMISSION TYPE: | NEW ASSIGNMENT |
| --- | --- |
| NATURE OF CONVEYANCE: | ASSIGNMENT |

### CONVEYING PARTY DATA

| Name | Execution Date |
| --- | --- |
| MAJED F. QUAIZ | 11/22/2016 |

### RECEIVING PARTY DATA

| Name: | NOMIS LLC |
| --- | --- |
| Street Address: | 542 PARKSIDE DRIVE |
| City: | PALATINE |
| State/Country: | ILLINOIS |
| Postal Code: | 60067 |

### PROPERTY NUMBERS Total: 3

| Property Type | Number |
| --- | --- |
| Application Number: | 62070837 |
| Application Number: | 14622816 |
| PCT Number: | US2015048715 |

### CORRESPONDENCE DATA

| Fax Number: | (503)972-9115 |
| --- | --- |

*Correspondence will be sent to the e-mail address first; if that is unsuccessful, it will be sent using a fax number, if provided; if that is unsuccessful, it will be sent via US Mail.*

| Email: | canich@khpatent.com |
| --- | --- |
| Correspondent Name: | KOLISCH HARTWELL, P.C. |
| Address Line 1: | 520 SW YAMHILL STREET, SUITE 200 |
| Address Line 4: | PORTLAND, OREGON 97204 |

| ATTORNEY DOCKET NUMBER: | MJQ.301 |
| --- | --- |
| NAME OF SUBMITTER: | DAVID C. BOURGEAU III |
| SIGNATURE: | /David C. Bourgeau III/ |
| DATE SIGNED: | 11/22/2016 |

**Total Attachments: 2**
source=20161122_Executed_Assignment_MJQ301#page1.tif
source=20161122_Executed_Assignment_MJQ301#page2.tif

## ASSIGNMENT

WHEREAS, I, Majed F. Quaiz of Beaverton, Oregon, have invented certain improvements in an invention entitled CLAMPING ASSEMBLY, for which I filed U.S. Provisional Patent Application Serial No. 62/070,837 on September 8, 2014, U.S. Patent Application Serial No. 14/622,816 on February 13, 2015 (issued as U.S. Patent No. 9,498,868 on November 22, 2016), and International Patent Application PCT/US2015/048714 on September 4, 2015; and

WHEREAS, NOMIS LLC, an Illinois limited liability company, having its principal place of business in Palatine, Illinois, is desirous of acquiring an interest therein;

NOW, THEREFORE, for good and valuable consideration, the receipt and sufficiency of which hereby are acknowledged, I, Majed F. Quaiz, have sold, assigned, transferred, and conveyed, and do hereby sell, assign, transfer, and convey to Nomis LLC, its successors and assigns, the full and exclusive right to the invention in the United States and its territorial possessions and in all foreign countries, and the entire right, title, and interest in and to any and all Letters Patent that may be granted therefor in the United States and its territorial possessions and in any and all foreign countries, and in and to any and all divisions, continuations, reissues, substitutions, and extensions thereof.

I hereby authorize and request the Patent Office officials in the United States and any and all foreign countries to issue any and all of said Letters Patent, when granted, to Nomis LLC, as the assignee of my entire right, title, and interest in and to the same, for the sole use of Nomis LLC, and its successors and assigns.

Further, I hereby covenant and agree to and with Nomis LLC, and its successors and assigns, at the time of execution and delivery of this document, that I am the sole

and lawful owner of the entire right, title, and interest in and to the invention and the above-identified patent applications, and that the same are unencumbered, and that I have good and full right and lawful authority to sell and convey the same in the manner herein set forth.

Further, I agree that I will communicate to Nomis LLC, or its representatives, any facts known to me respecting the invention, and testify in any legal proceedings, sign all lawful papers, execute all divisional, continuation, reissue, substitution, and extension applications, execute all necessary assignment papers to cause any and all of said Letters Patent to be issued to Nomis LLC, make all rightful oaths, and generally do everything reasonably practicable to aid Nomis LLC, and its successors and assigns, to obtain and enforce proper protection for the invention in the United States and in any and all foreign countries.

IN TESTIMONY WHEREOF, I have hereunto set my hand this 22nd day of November, 2016.

Majed F. Quaiz

Witness:

Signature: _Michael S. Brown_

Name: Michael S. Brown

Address: 15813 NE 25th Ave

City & State: Vancouver, WA