WEYRAUCH DEC - EXHIBIT D - PAGE 1



WEYRAUCH DEC - EXHIBIT D - PAGE 2



WEYRAUCH DEC - EXHIBIT D - PAGE 3



WEYRAUCH DEC - EXHIBIT D - PAGE 4



WEYRAUCH DEC - EXHIBIT D - PAGE 5



JAW PLATE

JAW PLATE PAD

THREADED ROD

ADJUSTABLE PADDED
JAW PLATE

ADJUSTMENT HANDLE

WEYRAUCH DEC - EXHIBIT D - PAGE 6

WEYRAUCH DEC - EXHIBIT D - PAGE 7

WEYRAUCH DEC - EXHIBIT D - PAGE 8



TONGUE & GROOVE
LOCKING/SLIDING
FUNCTION

WEYRAUCH DEC - EXHIBIT D - PAGE 9



WEYRAUCH DEC - EXHIBIT D - PAGE 10



WEYRAUCH DEC - EXHIBIT D - PAGE 11



WEYRAUCH DEC - EXHIBIT D - PAGE 12



WEYRAUCH DEC - EXHIBIT D - PAGE 13



WEYRAUCH DEC - EXHIBIT D - PAGE 14

